# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WATERHOUSE, RON UBALDI, NAPA OLYMPIA I, LLC, WATERHOUSE MANAGEMENT, INC., AND NAPA OLYMPIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AMERICAN CANYON,<br><br>Defendant. | CASE NO. CV 10 1090 WHA<br><br>ADMINISTRATIVE MOTION TO BE REMOVED AS COUNSEL FROM CASE AND [PROPOSED] ORDER<br><br>[Local Rule 11-5]<br><br>Case Filed: March 15, 2010 |

TO THE COURT and ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 11-5, Heather H. Munoz, counsel for defendant City of American Canyon (the "City"), hereby moves for an order removing her as counsel in the above-referenced matter. The basis for this motion is that effective May 5, 2011, Ms. Munoz will no longer be an associate of the firm of Berliner Cohen. William D. Ross, the contract City Attorney and partner with the Law Offices of William D. Ross, has been notified that Ms. Munoz intends to withdraw from this action and does not object to her withdrawal. Mr. Ross and Jolie Houston, partner with the law firm of Berliner Cohen, will continue to represent the City in this matter. As such, the

1  City, the Court and all other parties will not suffer prejudice or delay should the Court issue an
2  order granting this administrative motion. Ms. Munoz has received no objection from opposing
3  counsel to her withdrawal.

4  DATED: MAY 4, 2011

BERLINER COHEN

BY: /s/ HEATHER H. MUNOZ
   JOLIE HOUSTON
   HEATHER H. MUNOZ
   ATTORNEYS FOR DEFENDANT CITY OF
   AMERICAN CANYON

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: May 6, 2011.

BY: /s/ William Alsup
   HONORABLE WILLIAM H. ALSUP