IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WATERHOUSE, RON UBALDI, NAPA OLYMPIA I, LLC, WATERHOUSE MANAGEMENT, INC., and NAPA OLYMPIA,

    Plaintiffs,

  v.

CITY OF AMERICAN CANYON,

    Defendant.

No. C 10-01090 WHA

**ORDER REGARDING STIPULATION TO CONVERT PRETRIAL CONFERENCE INTO A STATUS CONFERENCE**

    The parties have stipulated to convert the pretrial conference set for June 27 into a status conference, to allow the parties to engage in a settlement conference set before Magistrate Judge Corley prior to the deadline for their pretrial conference submissions. Instead of the parties' proposal, this order continues the pretrial conference to **JULY 6, 2011, AT 2:00 P.M.** As before, the trial date will be set at the pretrial conference. In the meantime, tomorrow remains the deadline for defendant's filing on the form of FRCP 54(b) judgment and the issues that remain for trial.

**IT IS SO ORDERED.**

Dated: June 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE