IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WATERHOUSE, RON UBALDI, NAPA OLYMPIA I, LLC, WATERHOUSE MANAGEMENT, INC., and NAPA OLYMPIA,

    Plaintiffs,

  v.

CITY OF AMERICAN CANYON,

    Defendant.

No. C 10-01090 WHA

**ORDER REGARDING DEFENDANT'S ATTEMPT TO REQUEST RECONSIDERATION**

A recent order granted plaintiffs' motion for partial summary judgment and denied defendant's motions for judgment on the pleadings or summary judgment and to exclude evidence (Dkt. No. 88). It further set forth a pretrial case management process whereby the parties would file submissions regarding the form of FRCP 54(b) judgment and the issues that remain for trial. Those submissions have been received and resolved by the concurrently filed Rule 54(b) judgment.

This order shall note, however, that defense counsel attempt to request reconsideration of the Court's order in its opposition to plaintiffs' proposed form of judgment by including a large section called "objections with respect to order." This section of defendant's brief is stricken. The proper mechanism to seek reconsideration is set forth in Civil Local Rule 7-9, and defendant has not been granted leave to file such motion, nor does counsel state grounds warranting reconsideration.

This order is nevertheless without prejudice to any issues that defendant may raise that bear on remaining issues for trial in its motions *in limine*, so long as those motions are otherwise in conformity with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE