1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WATERHOUSE, RON UBALDI,
NAPA OLYMPIA I, LLC, WATERHOUSE
MANAGEMENT, INC., and NAPA
OLYMPIA,

        Plaintiffs,

  v.

CITY OF AMERICAN CANYON,

        Defendant.

_____/

No. C 10-01090 WHA

**ORDER REGARDING**
**JOINT PRETRIAL NOTICE OF**
**SETTLEMENT OF CLAIMS**

      The parties have filed a joint pretrial notice of settlement of claims in anticipation of the pretrial conference scheduled for July 6 in this matter.  If the parties file a dismissal prior to the conference or come to the conference with a dismissal, the conference will not be held and this case will be closed; but if they have not executed a dismissal by that time then the conference will proceed as scheduled.

      **IT IS SO ORDERED.**

Dated:  June 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE